UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Filed 10/28/2021
12:06 pm
PE.

| | |
|---|---|
| DANIEL C. ARRIWITE,<br><br>Plaintiff,<br><br>v.<br><br>SME STEEL CONTRACTORS, Inc.,<br><br>Defendant. | Case No. 4:18-cv-00543-DCN<br><br>**VERDICT FORM** |

We the jury, impaneled and sworn in the above matter, unanimously find by a preponderance of the evidence as follows:

**Question No. 1:** Did SME Steel Inc. wrongfully discharge Daniel C. Arriwite in violation of public policy?

**Answer to Question No. 1:**   NO __X__   YES _____

If your answer to Question No. 1 was "Yes," please answer Question No. 3 on the following page. If your answer to Question No. 1 was "No," please move to Question No. 2.

**Question No. 2:** Did SME Steel Inc. Breach the Implied Covenant of Good Faith and Fair Dealing in terminating the employment of Daniel C. Arriwite?

**Answer to Question No. 2:**   NO _____   YES __X__

If your answer to Question No. 2 was "Yes," please answer Question No. 3 below. If your answer to Question No. 2 was "No," please sign and date the verdict form ~~on the following page~~ and advise the bailiff.

**Question No. 3:** What is the total amount of damages sustained by Daniel C. Arriwite as a result of his termination:

$ 80,000

You are done. Sign and date the verdict form and advise the bailiff.

Dated: 2021\10\28