UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL C. ARRIWITE,<br><br>    Plaintiff,<br><br>    v.<br><br>SME STEEL CONTRACTORS, INC.,<br>SME John Does I-V,<br><br>    Defendants. | Case No. 4:18-cv-00543-DCN<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and based upon the jury's verdict in this case (Dkt. 80),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Defendant SME STEEL CONTRACTORS, INC. and against Plaintiff DANIEL ARRIWITE on Claim One (Wrongful Discharge).

2. That judgment be entered in favor of Plaintiff DANIEL ARRIWITE and against Defendant SME STEEL CONTRACTORS, INC. on Claim Three (Breach of the Covenant of Good Faith and Fair Dealing) with damages in the amount of $80,000.00 (eighty thousand dollars).

3. This case is CLOSED.

DATED: July 22, 2022

David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1